UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA

    -against-

JEROME GRIMES,

    Defendant.
----------------------------------------X

ORDER
CR 09-769 (LDW)

The above-named defendant pleaded guilty before United States Magistrate Judge MICHAEL L. ORENSTEIN on November 16, 2009. Upon completion of the proceeding, the Magistrate Judge recommended that the District Court accept the defendant's guilty plea.

Having reviewed the plea minutes, the Court finds that the defendant's guilty plea was entered voluntarily and intelligently, and that he fully understands his rights and the consequences of his plea, and that there is a factual basis for the plea. Therefore, it is hereby

    ORDERED, that the defendant's guilty plea is accepted.

SO ORDERED.

LEONARD D. WEXLER, U.S.D.J.

Dated: January 6, 2010
       Central Islip, New York